UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKIE CHAPLIK,<br><br>            Plaintiff,<br><br>vs.<br><br>THE UNITED STATES, CRYSTAL PLAZA PARTNERS, A WASHINGTON GENERAL PARTNERSHIP; JAMES L. TERRILE and JANE DOE TERRILE, husband and wife and the marital community composed therof; RAY J. ROSATTO and JANE DOE ROSATTO, husband and wife and the marital community composed therof,<br><br>           Defendants. | NO. C16-840 RSM<br><br>ORDER RE UNOPPOSED MOTION FOR EXTENSION OF EXPERT WITNESS DEADLINE |

THIS MATTER HAVING COME BEFORE THE COURT on Defendants Crystal Plaza Partners, James L. Terrile, Jane Doe Terrile, and Jane Doe Rosatto's unopposed motion for an extension of time to identify expert witnesses,

IT IS HEREBY ORDERED that the deadline for all parties to identify expert witnesses is extended up to and including September 1, 2017.

//

//

//

//

ORDER RE UNOPPOSED MOTION FOR
EXTENSION OF EXPERT WITNESS     - 1 -
DEADLINE

Betts
Patterson
Mines
U.S. Bancorp Tower
111 SW Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

DATED this 3rd day of August, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

BETTS, PATTERSON & MINES, P.S.

<u>/s Leta E. Gorman</u>
US Bancorp Tower
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone: (503) 961-6330
Facsimile: (503) 961-6339
E-mail: lgorman@bpmlaw.com

Attorneys for Crystal Plaza Partners,
James L. Terrile, Jane Doe Terrile,
and Jane Doe Rosatto

**Approved as to form;**
**Notice of Presentment Waived:**

July 26, 2017

CARTER & FULTON, P.S.

<u>s/Donald W. Carter</u>
DONALD W. CARTER, WSBA #5569
3731 Colby Avenue
Everett, WA 98201
Phone: 425-248-3538
Attorney for Plaintiff Chaplik

July 26, 2017

ANNETTE HAYES
United States Attorney

ORDER RE UNOPPOSED MOTION FOR EXTENSION OF EXPERT WITNESS DEADLINE - 2 -

Betts Patterson Mines
U.S. Bancorp Tower
111 SW Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

Chaplik 16-840.ord-ext.docx/080317 0928/8439-0001

| | |
|---|---|
| 1 | *s/Tricia Boerger*<br>Tricia Boerger, WSBA #38581 |
| 2 | Assistant United States Attorney<br>United States Attorney's Office |
| 3 | 700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |
| 4 | Phone: 206-553-4639 |
| 5 | Attorney for Defendant United States of America |
| 6 | |
| ... | |
| 25 | |

ORDER RE UNOPPOSED MOTION FOR
EXTENSION OF EXPERT WITNESS         - 3 -
DEADLINE

Betts
Patterson
Mines
U.S. Bancorp Tower
111 SW Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338