UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKIE CHAPLIK,

               Plaintiff,

    v.

UNITED STATES, CRYSTAL PLAZA
PARTNERS, A WASHINGTON
GENERAL PARTNERSHIP; JAMES L.
TERRILE and JANE DOE TERRILE,
husband and wife and the marital
community composed thereof; RAY J.
ROSATTO and JANE DOE ROSATTO,
husband and wife and the marital
community composed thereof,

               Defendants.

CASE NO.  C16-840 RSM

STIPULATED MOTION AND
ORDER FOR DISMISSAL WITH
PREJUDICE

## **JOINT STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that this case

has been resolved and jointly move this Court for an order of dismissal with prejudice

and without costs or fees to either party.  The parties also stipulate and agree that this

Court shall retain jurisdiction over the above captioned action and the terms of the

settlement thereof if and as necessary.

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE
-1
Case No. 2:16-cv-00840-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

STIPULATED AND AGREED this 31st day of January, 2018.

ANNETTE L. HAYES
United States Attorney

_s/Donald W. Carter_
DONALD W. CARTER, WSBA #5569
Carter & Fulton PS
3731 Colby Avenue
Everett, Washington 98201-4910
Phone: 425-258-3538.
Email: dwc@carterfultonlaw.com

Attorney for Plaintiff

s/ _Tricia Boerger_
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: tricia.boerger@usdoj.gov

Attorney for Defendant United States

_s/Leta E. Gorman_
LETA E. GORMAN, WSBA #24337
Gorman Law, LLC
1023 SW Rivington Drive
Portland, Oregon. 97201
Phone: (503) 939-3334
Email: Leta@gormanlawllc.com

Attorney for Defendants Crystal Plaza
Partners, James L. Terrile, Jane Doe
Terrile, and Jane Doe Rosatto

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE
-1
Case No. 2:16-cv-00840-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 1st day of February 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

ANNETTE L. HAYES
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: tricia.boerger@usdoj.gov

Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE
-1
Case No. 2:16-cv-00840-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970